UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 16-9348-MWF(JEMx)**                          Dated: **January 18, 2017**

Title:   Automotive Racing Products, Inc. -v- Mission Trading Company, Inc.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                            None Present

PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Default By Clerk entered on January 17, 2017, the Court sets a hearing for Order To Show Cause Re Default Judgment for **February 27, 2017 at 11:30 a.m.** If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

**IT IS SO ORDERED.**

MINUTES FORM 90                                                                                   Initials of Deputy Clerk __cw__
CIVIL - GEN

-1-